LEE ARTOE, Plaintiff-Appellant, *v.* BELL OIL COMPANY *et al.*, Defendants-Appellees.

(No. 60232;

First District (1st Division)—February 3, 1975.

PER CURIAM.

L. Robert Artoe, of Chicago, for appellant.

Rappaport and Meyer, of Chicago (Charles L. Wolberg and Merrill B. Meyer, of counsel), for appellees.